IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTWOINE C. SMITH,

Plaintiff,

v.

Case No. 15-cv-860 JPG/DGW

SHERIFF JOHN LAKIN, *et al.*,

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: November 20, 2017**        **JUSTINE FLANAGAN, Acting Clerk of Court**

    **s/Tina Gray, Deputy Clerk**


**Approved:** *s/J. Phil Gilbert*
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**